UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ALFRED BENSON, JOSEPHINE DELVALLE, as Personal Representative of the Estates of Raymond Delvalle, THOMAS CLARK, JOHN ROY, and PATTY JESSUP, as the Personal Representative of the Estate of Gary Jessup, Sr., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | **JUDGMENT** <br><br> 7:22-CV-140-BO-KS |

**Decision by Court.**
This cause comes before the Court on a motion by the United States to dismiss for lack of subject matter jurisdiction.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss [DE 16] is GRANTED. This action is DISMISSED WITHOUT PREJUDICE.

This case is closed.

**This judgment filed and entered on January 30, 2023, and served on:**
Howard Nations (via CM/ECF Notice of Electronic Filing)
Eric Flynn (via CM/ECF Notice of Electronic Filing)
Haroon Anwar (via CM/ECF Notice of Electronic Filing)
John Bain (via CM/ECF Notice of Electronic Filing)

January 30, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk